US v. GREGORY

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Date of Arrest: April 09, 2019

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff,<br><br>        Vs.<br><br>William Boyd GREGORY<br>Defendant.<br><br>YOB: 1949<br>United States Citizen | Magistrate's Case No. 19-1236MJ<br><br>COMPLAINT FOR VIOLATION OF<br>21 U.S.C. §§ 952, 960 (a)(1) and<br>(b)(1)(H)<br>Importation of a Controlled<br>Substance<br>Count One<br><br>21 U.S.C. § 841(a)(1) and (b)(1)<br>(A)(viii), Possession of a<br>Controlled Substance with Intent<br>to Distribute<br>Count Two |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about April 09, 2019, at or near San Luis, Arizona, within the District of Arizona, defendant, William GREGORY, did knowingly and intentionally import, attempt to import, and in fact did import, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers; a Schedule II Controlled Substances into the United States from the Republic of Mexico, in violation of Title 21, United States Code, Sections 952, 960(a) and (b)(1)(H).

### COUNT TWO

On or about April 09, 2019, at or near San Luis, Arizona, within the District of Arizona, defendant, William GREGORY, did knowingly and

US v. GREGORY

intentionally possess with intent to distribute 500 grams or more of
a mixture or substance containing a detectable amount of
methamphetamine, its salts, isomers or salts of its isomers; a
Schedule II Controlled Substance, into the U.S. from the Republic of
Mexico, in violation of Title 21, United States Code, Section
841(a)(1),(b)(1)(A)(viii).


And the complainant states that this complaint is based on the
attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Josh Kolsrud

for GH USBP

FOR Frank Flores
Special Agent - Homeland Security
Investigations


Sworn to before me and subscribed in my presence, April 10, 2019, at
Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge

US v. GREGORY

UNITED STATES OF AMERICA

vs.

William Boyd GREGORY

**STATEMENT OF FACTS**

I, Frank Flores, being duly sworn do state the following:

On April 09, 2019, at approximately 1019 hours, William Boyd GREGORY (GREGORY) presented himself for entry into the United States via the vehicle inspection lanes at the San Luis, Arizona, Port of Entry. GREGORY was the driver, registered owner and sole occupant of a red in-color, 2007 Ford F150 bearing Arizona license plate number CLG1222. GREGORY presented his United States Passport (445018289) to the Customs and Border Protection Officer and gave a negative declaration.

GREGORY and the vehicle were referred to secondary inspection, where U.S. Customs & Border Protection Officers discovered a total of seventy (70) cellophane wrapped packages concealed within the fuel tank of the F150. The aggregate weight of the packages was 33.96 kilograms (74.88 pounds). A randomly selected package was probed producing a crystal-like substance which field tested positive for the presence of methamphetamine.

During a post Miranda interview GREGORY said he was recruited approximately six weeks ago to smuggle drugs into the United States from Mexico and then to locations in Indio, California as well as Phoenix, Arizona. GREGORY said he did not have knowledge of the type of drug he was transporting but it was clear to him from conversations he had with his "recruiter" he was being paid to transport drugs. GREGORY stated he has made six previous smuggling trips for which he was paid five-thousand dollars each trip.

US v. GREGORY

GREGORY stated this was to be his seventh trip and was attempting to reach a goal of making fifty-thousand dollars smuggling drugs.

Based on the foregoing, there is probable cause to believe that GREGORY committed the offenses as alleged in the Complaint.

_____
FOR Frank Flores
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence, April 10, 2019, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge