ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
KYRA GODDARD
Assistant U.S. Attorney
Arizona State Bar No. 026281
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Kyra.Goddard@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 19-1236 |
|---|---|
| Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. | |
| William Boyd Gregory, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the United States District Court for the District of Arizona, that Assistant United States Attorney Kyra Goddard is substituted in place of Assistant United States Attorney Josh Kolsrud as attorney for the United States.

Respectfully submitted this 11th day of April, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/s/ Kyra Goddard

KYRA GODDARD
Assistant U.S. Attorney

Certificate of Service:

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Carlos A. Velazquez Marrero.