JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JON M. SANDS, #010441
Federal Public Defender

Attorney for Defendant
jon_sands@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 19-01236 MJ |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| William Boyd Gregory, | |
| Defendant. | |

The Federal Public Defender's Office, on behalf of Defendant William Boyd Gregory, and  pursuant to Local Rule of Civil Procedure 83.3(b)(4), hereby moves for substitution of counsel, and requests that Jon M. Sands, Federal Public Defender, at the Phoenix, Arizona, office be substituted as counsel of record for all further proceedings in this case.  Defendant is indigent and is financially unable to retain counsel.  Defendant had his initial appearance in Yuma, Arizona, at which time Assistant Federal Public Defender Carlos Velazquez was appointed to represent Mr. William Boyd Gregory.  After this appointment, Defendant's case was transferred to Phoenix.  Therefore, Assistant Federal Public Defender Carlos Velazquez should be terminated as counsel in all further proceedings.

It is expected that excludable delay under Title 18 U.S.C. § 3161(g)(1)(F) may occur as a result of this motion or from an order based thereon.

Respectfully submitted: April 15, 2019.

JON M. SANDS
Federal Public Defender

*s/ Jon M. Sands*
JON M. SANDS
Federal Public Defender